ANNIE E. MOORE, RESPONDENT, v. FIRE AND POLICE
PENSION FUND COMMISSION OF PATERSON, APPEL-
LANT.

Submitted October 13, 1933—Decided December 7, 1933.

For the appellant, *Salvatore D. Viviano*.

For the respondent, *Randal B. Lewis*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justic Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.